IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

PAM BELL,

    Plaintiff,

v.                                                                 Case No.: 3:22-cv-00112

AR MARKET 1, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

    Plaintiff, PAM BELL and Defendant, AR MARKET 1, LLC, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 17TH day of January, 2023.

                                          RESPECTFULLY SUBMITTED;

                                          */s/Rebecca J. Hutto*
                                          REBECCA J. HUTTO #39252
                                          Attorney for Plaintiff
                                          208 Adams Avenue
                                          Memphis, Tennessee 38103
                                          (901) 523-1844 – phone
                                          (901) 523-1857 – fax
                                          rebecca@wcwslaw.com

*/S/HEATHER G. ANDERSON*
HEATHER G. ANDERSON (BPR #019408)
116 Agnes Road
Knoxville, Tennessee 37919
Telephone: (865) 546-8030
handerson@bsmlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of January, 2023, the foregoing document is being served this day on all counsel of record identified on the Service List set forth below via transmission of electronic mail.

*/s/ Rebecca J. Hutto*

## SERVICE LIST

HEATHER G. ANDERSON
116 Agnes Road
Knoxville, Tennessee 37919
Telephone: (865) 546-8030
handerson@bsmlaw.com