IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

**PAM BELL,**

    **Plaintiff,**

v.                                        Case No. 3:22-cv-00112

**AR MARKET 1 LLC,**

    **Defendant.**

STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 16th day of February, 2023.

                                   By:*/s/Rebecca J. Hutto*
                                           Rebecca J. Hutto, Esq. #39252
                                           Wampler, Carroll, Wilson & Sanderson PLLC
                                           208 Adams Ave.
                                           Memphis, TN 38103
                                           (901) 523-1844
                                           rebecca@wcwslaw.com

                                           */S/HEATHER G. ANDERSON*
                                           HEATHER G. ANDERSON (BPR #019408)
                                           116 Agnes Road
                                           Knoxville, Tennessee 37919
                                           Telephone: (865) 546-8030
                                           handerson@bsmlaw.com